# United States District Court
# For The Western District of North Carolina
# Asheville Division

SEAN ANTHONY ERVIN,

        Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                   Civil Case No. 1:11cv233
                                   [Criminal Case No. 1:08cr128-7]

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/25/2011 Order.

                                        Signed: October 25, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court